1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULKARIM ALI ZANGANA,<br><br>        Plaintiff,<br>v.<br><br>PAUL PIERRE, District Director, U.S. Citizenship and Immigration Services, et. al.,<br><br>        Defendants. | Civil No. 11cv1660 JAH (MDD)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* [Doc. No. 3]** |

Plaintiff, a non-prisoner appearing through counsel, has filed a complaint alleging that defendant Paul Pierre, District Director, U.S. Citizen and Immigration Services has been unable or unwilling to adjudicate Plantiff's application for adjustment of status in compliance with federal policy 8, accompanied by a motion to proceed *in forma pauperis*.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the fees. *See* 28 U.S.C. § 1915(a). Notwithstanding payment of any filing fee or portion thereof, a complaint filed by any person proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) is subject to a mandatory and *sua sponte* review and dismissal by the court to the extent it is "frivolous, malicious, fail[s] to state a claim upon which relief may be granted, or seek[s] monetary relief from a defendant immune from such relief." 28 U.S.C. § 1915(e)(2)(B); Calhoun v. Stahl, 254 F.3d 845, 845 (9th Cir. 2001)("the provisions of 28 U.S.C. § 1915(e)(2)(B) are not limited to

prisoners"); <u>Lopez v. Smith</u>, 203 F.3d 1122, 1126-27 (9th Cir. 2000)(en banc).

This Court conducted a *sua sponte* review of plaintiff's allegations and finds that plaintiff's claims do not appear, on their face, to be frivolous or malicious. In addition, plaintiff's complaint does not appear, on its face, to fail to state a claim for relief, nor does defendant appear to be immune from suit.

This Court also reviewed plaintiff's request to proceed without payment of fees. It was revealed that the plaintiff is currently employed as a Culture Advisor with Calnet and has received approximately $8,000.00 net pay over the course of approximately five months ranging from January 1, 2011 to May 31, 2011. He also works part time as a self-employed limousine driver earning approximately $1,000 from January 1, 2011, to May 31, 2011. Plaintiff indicates he has one bank account with a balance of $625 as of July 27, 2011. He has no assets aside from a 1997 Jeep Grand Cherokee. Plaintiff 's wife and three kids are all dependant on his salary. Based on these representations, this Court finds plaintiff has sufficiently shown he is unable to pay the fees required to commence his lawsuit. Therefore, the Court **GRANTS** plaintiff's motion to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's request to proceed *in forma pauperis* [doc. # 2] is **GRANTED**.

2. The United States Marshal shall serve a copy of the complaint and summons upon defendant as directed by plaintiff on U.S. Marshal Form 285. All costs of service shall be advanced by the United States.

3. Plaintiff shall serve upon defendant or, if appearance has been entered by counsel, upon defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the defendant or counsel of defendant and the date of service. Any paper received by a district judge or magistrate judge which has

//

//

not been filed with the Clerk or which fails to include a Certificate of Service may be disregarded.

DATED: August 12, 2011

*[signature]*

JOHN A. HOUSTON
United States District Judge